# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
## DEPOSIT OF UNCLAIMED FUNDS

2011 AUG 15 PM 12: 30

| In re: | CHAPTER # 7 |
| MATTHEW TYLER BOWCUTT | CASE NO. 11-20571 |
| Debtor. | |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

__X__ **A** The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

_____ **B** The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| **CREDITOR & ADDRESS (last known)** | **CHECK AMOUNT** |
|---|---|
| YESSG 3, LLC<br>c/o Recovery Management Systems Corporation<br>25 SE 2nd Avenue - Suite 1120<br>Miami, FL 33131-1605 | $1.18 |
| Sunrise Hospital and Medical Center<br>c/o B-Line LLC<br>MS 550 PO Box 91121<br>Seattle, WA 98111-9221 | $1.18 |
| Sunrise Hospital and Medical Center<br>c/o B-Line LLC<br>MS 550 PO Box 91121<br>Seattle, WA 98111-9221 | $1.18 |

The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$3.54** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

DATED this 11th day of August, 2011.

_____/s/_____
Steven R. Bailey, Trustee